UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MARCELL JERON NORMAN, | ) | |
| | ) | |
| Petitioner, | ) | ATTORNEY APPEARANCE |
| | ) | |
| vs. | ) | Case No. 24-CV-0182-JFH-MTS |
| | ) | |
| WILLIAM RANKINS, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Respondent.

    I certify that I am admitted to practice in this court.

    I am registered in this Court's Electronic Filing System.

June 13, 2024

    s/ MARY R. INCREMONA
**MARY R. INCREMONA, OBA # 34910**
**ASSISTANT ATTORNEY GENERAL**
313 NE 21st Street
Oklahoma City, OK  73105
(405) 521-3921
(405) 522-4534 Fax
**Service email:** fhc.docket@oag.ok.gov

**ATTORNEYS FOR RESPONDENT**

**CERTIFICATE OF SERVICE**

**X**       I hereby certify that on the 13th day of June, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

**X**       I hereby certify that on the 13th day of June, 2024, I served the attached document by mail on the following, who is not a registered participant of the ECF System:

Marcell Jeron Norman, #277310
OK State Reformatory
P.O. Box 514
Granite, OK 73547
*Pro Se*

s/ MARY R. INCREMONA