**FILED**
JUL 1 0 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

June 25, 2024

Honorable Mark McCartt – Court Clerk
Northern District of Oklahoma
333 W. 4th Street, Rm. 411
Tulsa, Oklahoma 74103

**RE: CASE NO. 24-CV-0182-JFH-MTS, ORDER DATED APRIL 25, 2024**

Dear Mr. McCartt,

    I received a letter from your office April 25, 2024 stating the Honorable Court John F. Heil, III denied my application to proceed without prepayment of fees or costs filed April 22, 2024 ("Application"), along with the above captioned case no. 24-CV-0182-JFH-MTS.

    Thereafter the Court ordered I pay the Five $5.00 fee by May 17, 2024 or show cause in writing for failure to do so. Notably, I prepared a legal disbursement to ODOC Trust Fund requesting their office cut a check for Five $5.00 and forward it to the Clerk of the Court. I later asked my supervisor to contact your office and inquire about the filing fee. She told me as of June 20, 2024 the Court had not received the check for payment.

    On June 25, 2024, I prepared a second legal disbursement for a $5.00 check, my supervisor sent it to ODOC trust fund. I requested the check be sent back to the facility law library. When the check arrives I will immediately forward it to your office. I have added a self-addressed stamped envelope to help facilitate with your response.

Your prompt reply in this matter would be appreciated.

                    Sincerely,

                      /s/ Marcell J. Norman
                      Marcell J. Norman # 277310

✓ Mail    ___No Cert Svc    ___No Orig Sign

___C/J    ___C/MJ    ___C/Ret'd    ___No Env

___No Cpys    ✓ No Env/Cpys    ___O/J    ___O/MJ

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

MARCELL JERON NORMAN,

Petitioner,

v.

Case No. 24-CV-0182-JFH-MTS

WILLIAM RANKINS,

Respondent.

## ORDER

Before the Court is Petitioner Marcell Jeron Norman's Application to Proceed in District Court Without Prepaying Fees or Costs, filed April 22, 2024 ("Application"). Dkt. No. 3. Because the Application and supporting documents show that Norman has sufficient funds in his institutional accounts to pay the $5 filing fee, the Court DENIES the Application. *See* 28 U.S.C. § 1915(a)(1) (permitting courts to grant leave to proceed without prepayment of filing fee when litigant lacks the ability to pay fees or costs); LCvR3-2(d) (discussing conditions that support denying request to proceed *in forma pauperis*); Okla. Stat. tit. 57, § 549(A)(5) (providing that prisoners may use funds from mandatory savings account to pay fees in certain federal actions). On or before May 17, 2024, Norman shall pay the $5 filing fee or show cause in writing for his failure to do so. If Norman does not comply with this Order, the Court may dismiss this matter without prejudice and without further notice.

IT IS THEREFORE ORDERED that the Application to Proceed in District Court Without Prepaying Fees or Costs, filed April 22, 2024 [Dkt. No. 3] is DENIED. On or before May 17, 2024, Norman shall pay the $5 filing fee or show cause in writing for his failure to do so.

4:24-cv-00182-JFH-MTS

Docket Entry #4

Marcell Jeron Norman #277310
PO BOX 514
GRANITE, OK 73547

---

Attorneys: Register now to receive notice by email of filings in your case. Please visit the CM/ECF section on our website at http://www.oknd.uscourts.gov to sign up. You may also call the CM/ECF Help Desk at 918-699-4844 or call 866-213-1957 toll free.

CM/ECF sends notices to terminated parties or attorneys by default. If you have been officially terminated from this case and do not wish to receive any further notices in the case, please e-mail us at CM-ECFIntake_OKND@oknd.uscourts.gov and provide us with:
- your name
- case number(s)
- party(s) you represented

Marcell J Norman #277310
O.S.R / D-4-14
P.O. Box 514
Granite, OK 73547

LEGAL MAIL
Legal Mail

24-CV-182-JFH-MTS

OKLAHOMA CITY OK 730
8 JUL 2024 PM 6 L
postmark 7/8/24

United States District Court
for the Northern District of Oklahoma
333 W. 4th Street, Rm. 411
Tulsa, OK 74103

RECEIVED
JUL 10 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

US POSTAGE
ZIP 73547
0000377506
$ 000.88°
JUL 08 2024